IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00106-WDM-MEH

JOHN THOMAS McNALLY,

    Plaintiff,

v.

EL PASO COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 6 2007

GREGORY C. LANGHAM
CLERK

## SECOND ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

On March 1, 2007, the District Court granted service upon Defendants by the United States Marshal; however, service has not been effected.

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is now

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these defendants pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the

defendants.

      Dated at Denver, Colorado, this 16th day of July, 2007.

                              BY THE COURT:

                              s/ Michael E. Hegarty
                                Michael E. Hegarty
                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07-cv-00106-WDM-MEH

John Thomas McNally
Prisoner No. 136266
Fremont Corr. Facility
PO Box 999 - 7-N-108
Cañon City, CO 81215- 0999

US Marshal Service
Service Clerk
Service forms for: El Paso County Sheriffs Office,
Sheriff Terry Maketa, Correctional Healthcare Management,
Deputy Hunts, Deputy Cox, Judy Fender, Nurse M. Montoya,
and El Paso County Board of Commissioners,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on El Paso County Sheriffs Office, Sheriff Terry Maketa, Correctional Healthcare Management, Deputy Hunts, Deputy Cox, Judy Fender, Nurse M. Montoya, and El Paso County Board of Commissioners: AMENDED COMPLAINT FILED 2/15/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/16/07.

                                              GREGORY C. LANGHAM, CLERK

                                          By: _____
                                                         Deputy Clerk