IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00106-WDM-MEH

JOHN THOMAS McNALLY,

    Plaintiff,

v.

EL PASO COUNTY SHERIFFS OFFICE, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 5, 2007.**

    Plaintiff's second Request [Motion] for Production of Documents, Etc., Under Rule 34 [filed November 1, 2007; doc #83] is **denied**.  Again, the Motion is in the nature of a motion to compel production of documents and electronic data.  Plaintiff provides no indication that he requested these documents from the Defendants and was denied, nor does he provide any certification under the Local Rules of this Court that he conferred with the Defendants' counsel prior to filing the Motion.